**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

WILLIAM R. FRANKLIN,

        Plaintiff,                                   Case No. 1:08cv466

        v.                                           Judge Michael R. Barrett

UNITED STATES PARCEL SERVICE,
*et al.*

        Defendants.

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (Doc. 39), Plaintiff's objections (Doc. 48) and Defendants' response thereto (Doc. 49). The Magistrate Judge concluded that, even construing the Complaint and Amended Complaint liberally, no cognizable claim is set forth by Plaintiff's allegations against GHA. The Magistrate Judge therefore recommended that Defendant GHA's Motions to Dismiss (Docs. 5 and 14) be granted.

When objections are received to a magistrate judge's Report and Recommendation on a dispositive matter, the assigned district judge "shall make a de novo determination...of any portion of the magistrate judge's disposition to which specific written objection has been made...." Fed. R. Civ. P. 72(b). After review, the district judge "may accept, reject or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions." *Id; see also* 28 U.S.C. 636(b)(1)(B). General objections are insufficient to preserve any issues for review; "[a] general objection to the

entirety of the magistrate's report has the same effects as would a failure to object." *Howard v. Secretary of Health and Human Services,* 932 F.2d 505, 509 (6th Cir. 1991).

Plaintiff objects to the Judge's Report and Recommendation on the grounds that his findings are contrary to law.

Upon a *de novo* review of the record, especially in light of plaintiff's objections, the Court finds that plaintiff's objections have either been adequately addressed and properly disposed of by the Judge or present no particularized arguments that warrant specific responses by this Court. The Court finds that the Magistrate Judge has accurately set forth the controlling principles of law and properly applied them to the particular facts of this case and agrees with the Judge.

Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 39). Defendant GHA's Motions to Dismiss (Docs. 5 and 14) are **GRANTED**.

**IT IS SO ORDERED.**

*s/Michael R. Barrett*
United States District Judge