**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

Postmark Here

Sent To: William R. Franklin
Street, Apt. or PO Box: 2606 Montana Avenue Apartment 6
City, State, ZIP: Cincinnati, OH 45211

PS Form 3800, June 2002     See Reverse for Instructions

7002 3150 0000 8388 5527