7002 3150 0000 8388 5527

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

Total Postage: William R. Franklin
Sent To: 2606 Montana Avenue
Street, Apt. or PO Box: Apartment 6
City, State: Cincinnati, OH 45211

PS Form 3800, June 2002    See Reverse for Instructions