PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**™

7002 3150 0000 8388 5527

7002 3150 0000 8388 5527

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark
Here

Total Pos William R. Franklin

*Sent To* 2606 Montana Avenue

*Street, Apt.* Apartment 6
*or PO Box !* Cincinnati, OH 45211
*City, State,*

PS Form 3800, June 2002      See Reverse for Instructions